# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**MARK STINSON**
Reg. #29908-076                                                 **PETITIONER**

v.                       No. 2:21-cv-114-DPM

**JOHN P. YATES, Warden**                           **RESPONDENT**

## ORDER

Motion to dismiss, *Doc. 4*, granted. Stinson's petition will be dismissed without prejudice. Motion for leave to proceed *in forma pauperis*, *Doc. 1*, denied as moot. Recommendation, *Doc. 3*, declined without prejudice as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 September 2021