IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MARK STINSON
Reg. #29908-076                                                              PETITIONER

v.                              No. 2:21-cv-114-DPM

JOHN P. YATES, Warden                                                RESPONDENT

## JUDGMENT

Stinson's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 September 2021